## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     John Earl Lacy, Debtor                                  Case No. 22-50643-KMS
                                                                                    CHAPTER 13

### NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  July 29, 2025             Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     John Earl Lacy, Debtor                           Case No. 22-50643-KMS
                                                            CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on the plan payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in August 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 22-50643-KMS |
|---|---|
| JOHN EARL LACY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JOHN EARL LACY | CASE NO: 22-50643-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/29/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-50643-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUL 29 8-32-41 PST 2025 | ALLY BANK  CO AIS PORTFOLIO SERVICES<br>LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS  TX 75261-9096 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | ADRIENE WALLACE<br>66 COUNTY RD 170<br>QUITMAN  MS 39355 | ADVANCED COLLECT<br>1825 24TH AVE<br>MERIDIAN  MS 39301-3116 |
| ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALLY FINANCIAL<br>PO BOX 380901<br>MINNEAPOLIS  MN 55438-0901 | AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 |
| BABERS LEASING<br>423 AZALEA DR<br>WAYNESBORO  MS 39367-2624 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| DELPHIA J BARNES<br>21 WILLIE LINDSEY DR<br>COLLINS  MS 39428-7346 | ELIZABETH CROWELL PRICE  ESQ<br>FOR NATIONSTAR MORTGAGE LLC<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 | JALIN LACEY<br>551 BIG ROCK RD<br>WAYNESBORO  MS 39367-9688 |
| KIMBERLY D PUTNAM  ESQ<br>DEAN MORRIS  LLC<br>FOR NATIONSTAR MORTGAGE LLC<br>1820 AVENUE OF AMERICA<br>MONROE  LA 71201-4530 | LOGS LEGAL GROUP LLP<br>BEHALF OF NATIONSTAR MORTGAGE LLC<br>DBA MR COOPER<br>1080 RIVER OAKS DRIVE  SUITE B-202<br>FLOWOOD  MS 39232-7603 | ~~EXCLUDE~~<br>~~(D)LVNV FUNDING LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE  SC 29603-0587~~ |
| ~~EXCLUDE~~<br>~~(D)LVNV FUNDING LLC~~<br>~~CO RESURGENT CAPITAL SERVICES~~<br>~~PO BOX 10587~~<br>~~GREENVILLE  SC  29603-0587~~ | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON  MS 39205-0352 |
| MONEYKEY<br>3422 OLD CAPITOL TRAIL<br>STE 1613<br>WILMINGTON  DE 19808-6124 | MR COOPER<br>8950 CYPRESS WATERS BL<br>COPPELL  TX 75019-4620 | ~~EXCLUDE~~<br>~~(D)(P)NATIONSTAR MORTGAGE LLC~~<br>~~PO BOX 619096~~<br>~~DALLAS TX 75261-9096~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NAVIENT<br>PO BOX 3229<br>WILMINGTON DE 19804-0229 | NETWORK SERVICES INC<br>PO BOX 1725<br>HATTIESBURG MS 39403-1725 | PERCY HARRIS<br>PO BOX 433<br>SHUBUTA MS 39360-0433 |
| PERSONIFY<br>PO BOX 500650<br>SAN DIEGO CA 92150-0650 | PINK DOGWOOD 13 LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | PROSPER FUNDING LLC<br>221 MAIN STREET<br>SAN FRANCISCO CA 94105-1906 |
| PROSPER MARKETPLACE INC<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ |
| SCOLOPAX LLC<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 | SEARS<br>701 E 60TH STREET N<br>SIOUX FALLS SD 57104-0432 | SYNCBJCI HOME DESIGN<br>PO BOX 965036<br>ORLANDO FL 32896-5036 |
| SYNCBBELK DUAL CARD<br>PO BOX 965029<br>ORLANDO FL 32896-5029 | SYNCHRONY BANK<br>PO BOX 965007<br>ORLANDO FL 32896-5007 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| (P)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | UPSTART FINANCE<br>2 CIRCLE STAR WAY<br>SAN CARLOS CA 94070-6200 | UPSTART NETWORK<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 |
| VISA<br>PO BOX 31279<br>TAMPA FL 33631-3279 | WELLS FARGO BANK NA<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | WORLD ACCEPTANCE CORP<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| WORLD FINANCE<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 |
| DEBTOR<br>JOHN EARL LACY<br>6179 HWY 45 N<br>WAYNESBORO MS 39367-9073 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | |