United States Bankruptcy Court
Southern District of Mississippi

In re:                                         Case No. 22-50643-KMS
John Earl Lacy                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                       User: mssbad                                    Page 1 of 2
Date Rcvd: Sep 04, 2025              Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

**Recip ID**           **Recipient Name and Address**
db                    + John Earl Lacy, 6179 Hwy 45 N, Waynesboro, MS 39367-9073

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 06, 2025                              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

**Name**                            **Email Address**

David Rawlings
                           ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
                           on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Elizabeth Crowell Price
                           on behalf of Creditor Nationstar Mortgage LLC Eprice@hwmlawfirm.com ecfmail@hwmlawfirm.com

Eric C Miller
                           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Jennifer A Curry Calvillo
                           on behalf of Debtor John Earl Lacy jennifer@therollinsfirm.com
                           jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kimberly D. Putnam

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf012 | Total Noticed: 1 |

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kim.mackey@ms.creditorlawyers.com msecf@ms.creditorlawyers.com

Kimberly D. Putnam

    on behalf of Creditor Nationstar Mortgage LLC kim.mackey@ms.creditorlawyers.com msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr

    on behalf of Debtor John Earl Lacy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  John Earl Lacy, Debtor                Case No. 22-50643-KMS
                                              CHAPTER 13

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtor's motion to allow payment arrearage (DK # 62 ), the Court having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Allow Payment Arrearage is granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan and that the Trustee shall increase Debtor's Plan payment as necessary to offset for the lost plan payment with payments to resume in August 2025.  The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR