United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 22-50643-KMS
John Earl Lacy     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Oct 21, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + John Earl Lacy, 6179 Hwy 45 N, Waynesboro, MS 39367-9073

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**
    ##+     WGO Home Solutions LLC, Atten: Payroll, 3436 Main Street, Moss Point, MS 39563-5102

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

**Name**     **Email Address**

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Elizabeth Crowell Price
    on behalf of Creditor Nationstar Mortgage LLC Eprice@hwmlawfirm.com ecfmail@hwmlawfirm.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Eric C Miller
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Jennifer A Curry Calvillo
    on behalf of Debtor John Earl Lacy jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kimberly D. Putnam
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kim.mackey@ms.creditorlawyers.com
    msecf@ms.creditorlawyers.com

Kimberly D. Putnam
    on behalf of Creditor Nationstar Mortgage LLC kim.mackey@ms.creditorlawyers.com msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
    on behalf of Debtor John Earl Lacy trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| JOHN EARL LACY | 22-50643 KMS |
| 6179 Hwy 45 N | |
| Waynesboro, MS  39367 | SSN: XXX-XX-6255 |

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

        WGQ HOME SOLUTIONS LLC
        ATTEN: PAYROLL
        3436 MAIN STREET
        MOSS POINT, MS  39563

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

        DAVID RAWLINGS, TRUSTEE
        P.O. BOX 85338
        CHICAGO, IL 60689-5338

the sum of <u>$2,922.27 MONTHLY</u> to be submitted to the above Trustee monthly.  Effective October, 2025.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee,

except such sums as may be required to be withheld by State or Federal law for income taxes, FICA, employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net