**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: John E Lacy** **CASE NUMBER: 22-50643 KMS**

## CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Trustee, do hereby certify that I have on this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Debtor's Employer

WGQ HOME SOLUTIONS LLC
3436 MAIN STREET
MOSS POINT, MS 39563

Dated: October 22

/s/David Rawlings
David Rawlings
Chapter 13 Trustee

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
JOHN EARL LACY
6179 Hwy 45 N
Waynesboro, MS 39367

CHAPTER 13 PROCEEDING:
22-50643 KMS

SSN: XXX-XX-6255

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

WGQ HOME SOLUTIONS LLC
ATTEN: PAYROLL
3436 MAIN STREET
MOSS POINT, MS 39563

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net